RECEIVED
SDNY PRO SE OFFICE

2023 JUL 28  PM 4: 16

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Shatopsa Chanel Buckner

_____
Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

The State of Pennsylvania
Luzerne County Family Court

**COMPLAINT**

Do you want a jury trial?
☐ Yes     ☐ No

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

# I.    BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑  **Federal Question**

☐  ~~Diversity of Citizenship~~

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

My 14th amendment due process rights have been violated inconjuction with UCC TEA, in addition to my 1st and 4th Amendment rights which are actionable federal regulations. I am currently seeking relief in this matter 2-crying incident.

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _Shatasia Chanel Bakner_, is a citizen of the State of

(Plaintiff's name)

_514 Vanderbilt Avenue New York 11239_

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _Luzerne County Pennsylvania_ is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, _Family Court of Luzerne County_, is incorporated under the laws of

the State of _Pennsylvania_

and has its principal place of business in the State of _Pennsylvania_

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _Luzerne County, Pennsylvania_.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

## A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Shatasia_               _C._               _Buchner_
First Name             Middle Initial       Last Name

_524 Vandalia Avenue_
Street Address

_King County, Brooklyn_     _Pennsylvania_        _18705 11289_
County, City              State                Zip Code

_____    _thetruthwillsetthewayfree@gmail.com_
Telephone Number           Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: _Stefanie J. Salavantis_
First Name                    Last Name

_Luzerne County Family Court Judge_
Current Job Title (or other identifying information)

_200 N River Street Bernard Brominski Building_
Current Work Address (or other address where defendant may be served)

_Luzerne, Wilkes Barre       Pennsylvania    18725_
County, City                         State                    Zip Code

Defendant 2: _Chanel_              _Buckner_
First Name                    Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)
_Luzerne Wilkes Barre , PA    18706_
County, City                State              Zip Code

Defendant 3: _Russell Lobe King_
First Name                    Last Name

_Engineer_
Current Job Title (or other identifying information)

_44 Ocean Avenue #3_
Current Work Address (or other address where defendant may be served)

_Jersey City    NJ_
County, City                State              Zip Code

Defendant 4: _Chapel_ _Buehner_
　　　　　　　First Name　　　　　　Last Name

_____
Current Job Title (or other identifying information)
_63 Barnes Street Ashley, PA 18706_
Current Work Address (or other address where defendant may be served)
_Luzurne, Ashley Pennsylvania    18706_
　　County, City　　　　　　　　State　　　　Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _Luzurne County Family Court_

Date(s) of occurrence: _2/4/303/07/23, -4/13/2023, 6/30/23-ongoing_

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

On February 6th 2023 my children were abducted by Russell Luke King non custodial parent, who had no contact with my children since 2019. He then transported my children to Pennsylvania after showing up unannounced at their dr office visit requesting to spend time with my children at a restaurant. Russell Luke King failed to return my children as agreed. There has never been any concern of him acting in a fraudulent manner despite abandoning my children. There was no order for custody of my children from the noncustodial parent nor co conspirators of the abduction. My mother then proceeded to obtain a falsified restraining order in effort to prevent me in getting my



children utilizing her employment history and rapport with individuals employed within Luzerne County judicial system including Luzerne County Family court. As a result, my fifth amendment, 1st, and 14th amendment rights have been violated in addition to the huge discrepancy in relation to the jurisdiction concerning the abduction of my children. Both Kings County and Luzerne County have been negligent in ensuring duty of care in both criminal and family court and.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

As a result of this traumatizing event I have endured a substantial amount of grief along with my children, including asthma and panic attacks, one occurring on 04/05/23 in which judge Gregory L. Gledman dismissed my medical emergency, my eldest son ran across escaping the individuals responsible, we have missed major milestones.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

I am seeking the immediate return of my children, expeditiously along with asserting federal laws and regulations actionable in holding the individuals responsible in the abduction of my children as well as seeking to recover punitive damages and restitution

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 7/28/23 | _Shatasia C. Buckner_ |
| Dated | Plaintiff's Signature |
| Shatasia | C. | Buckner |
| First Name | Middle Initial | Last Name |
| 524 Vandalia Avenue 3J | |
| Street Address | |
| Kings County Brooklyn | New York | 11239 |
| County, City | State | Zip Code |
| 929-348-370 | |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes    ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHATASIA BUCKNER,** | : | **Civil No. 3:23-CV-1176** |
| | : | |
| **Plaintiff** | : | **(Judge Mannion)** |
| | : | |
| **v.** | : | |
| | : | |
| **LUZERNE COUNTY FAMILY COURT,** | : | |
| **et al.,** | : | **(Magistrate Judge Carlson)** |
| | : | |
| **Defendants.** | : | |

## REPORT AND RECOMMENDATION

### I.    Factual Background

This *pro se, in forma pauperis* lawsuit comes before us for a legally mandated screening review. Our reading of the complaint indicates that the plaintiff, Shatasia Buckner, may be involved in some acrimonious domestic relations litigation with her mother, Chantel Buckner. (Doc. 1). This litigation is allegedly ongoing in the Court of Common Pleas of Luzerne County, Pennsylvania, as well as state court in Kings County, New York. (Id.) While the complaint is not entirely clear on this issue, it appears that one point of contention in this state litigation involves some sort of altercation or affray between Shatasia and Chantel Buckner. (Id.) Indicating that she is highly disappointed with the way in which the state courts have addressed her concerns, and alleging that the courts have not fully complied with the provisions

1

of the Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA), an interstate compact relating to enforcement of custody orders, Shatasia Buckner sues her mother, the Luzerne County Family Court, and the presiding judge in her Pennsylvania custody proceedings. Ms. Buckner seeks to have this court order her children returned to her custody and demands compensatory damages. (Id.)

Ms. Buckner's pleadings do not appear to contain an address where we may communicate with the plaintiff. Ms. Buckner has, however, sought leave to proceed *in forma pauperis,* which we have granted. However, as discussed below, we will direct that the lodged complaint be filed on the docket for screening purposes only, and conditionally grant Buckner leave to proceed *in forma pauperis* but recommend that this complaint be dismissed.

## II.   Discussion

### A.   Screening of *Pro Se* Complaints–Standard of Review

This court has an on-going statutory obligation to conduct a preliminary review of *pro se* complaints brought by plaintiffs given leave to proceed *in forma pauperis.* See 28 U.S.C. § 1915(e)(2)(B)(ii). Specifically, we are obliged to review the complaint to determine whether any claims are frivolous, malicious, or fail to state a claim upon which relief may be granted. This statutory text mirrors the language of Rule 12(b)(6) of the Federal Rules of Civil Procedure, which provides

2

New York Penal Code New York Domestic Relations Family Law UCCJA 75- 76g. Title 1 Section 75 a.-k. Title 2 Subsection 76a.-i. New York Domestic Relations Law - DOM § 75-g. Notice to persons outside state.NYS legislation. New York Penal Law § 135.45,

Custodial interference in the second degree is taking  a child from his or her legal custodian and you:

1.  Are a relative of a child who is less than 16 years old,
2.  Intend to keep the child permanently or for a protracted period of time, and
3.  Have no legal right to do so


Declaration on Rights of the Indigenous People D.R.I.P

A.first Amendment Rights of the U.S. Constitution in accordance with The Bill of Rights guarantees that the government can never deprive people in the U.S. of certain fundamental rights including the right to freedom of religion, and due process of the law.


This incident is still ongoing. What needs to is how there has been little to no help in relief. No one to property accommodate my children and I for the abduction of my children along with the discrepancy in the matter of jurisdiction obstruction of justice, defamation, damages and effects of this incident. February 6th my children were abducted by Russell Luke-King with the assistance of my mother.He never showed me fraudulent behavior prior to this despite the abandonment of my children. He assisted my mother in transporting my children out if the state to Pennsylvania. Chanel Buckner then proceeded to obtain a fraudulent restraining order. A misused defamatory and frivolous order, the epitomy of abuse in the system My mother nor Russell Luke-King never had joined custody nor have I accepted it.Utilized her employment history and rapport within the Luzurne County Judicial System as she bragged to gain custody off my children. A vindictive money driven scheme.There is no jurisdiction over my children in Pennsylvania based of off the mere fact that I have no been proven to be unfit on either side.How does this warrant this sort of response? Especially me being sole legal parent of my children.


Also a result of a premeditated verbal agreement made the defendants with common interests in the he matter of New York State Child Support. Domestic Family Furthermore, an ongoing domestic violence extremism, defamation, and obstruction of justice.Furthermore, an ongoing domestic violence extremism, defamation, and obstruction of justice.


Behind this very traumatic event is a premeditated vengeful money driven agreement between at the expense of my children. In February 2023 the non custodial parent requested to spend time with my children. I reluctantly agreed no to cause an issue. The respondent failed to return m children, instead he took the to my mother. She then fled to her house with my children.tgus occurring after I filed a modification if support with the non custodial parent and previous abuser. Also, after the recent assaults at the hands of my moher and members of her household. I removed my family from the conflict, dysfunction and volitile relationship my mother and i have resulting inflicting harm. Causing domestic violence and child abuse.


Since February I have been seeking help from Family Court, local authorities, and elected officials little to nothing is being done to help a family in distress. A mother and children pleading for relief in the abduction of my children. This traumatic incident continues to cause turmoil. Help me understand this.There is a huge discrepancy in my New York Family Court Case. I have been seeking help in this crisis matter since the incident, still in need of relief. There is a huge discrepancy in he matter of jurisdiction now adding insult to injury and he feeling of being harassment. As a result I no longer trust the individuals responsible with my children ever again. They have proven to be non conducive to their well being along with mine.


On April 13, 2023 the day of the final hearing for the restraining I filed against my mother, the hearing for the misused restraining order she filed was scheduled and heard at the same time causing further confusion. This time taking place right across the street from the initial hearing Luzurne County Court of Common Pleas location, also a different judge dro before.i was completely unaware of he change of venue for the final hearing taking place at Luzurne County Family Court Bernard Brominiski Building. I went to court with my files to get children and return home, rightfully so. Upon arrival I immediately alerted the Court clerk that Assembly Woman Nikki Lucas was in he phone who had assisted me. The assembly woman proceeded to inform them of the criminal bearing abduction acts and parent alienation and custodial interference. She informed Luzurne County Family Court that she is assisting me. The clerk advised me to inform the judge during the proceeding.


The order seemingly giving them a pass enabling ad encouraging the abduction of my children and parental alienation. We are no going to normalize this. I should not have be concerned of my childrens safety and welling alone with myself and be dismissed ridiculed while he individuals responsible moving on with their lives. Now grappling with lingering psychological effects while they live in with their lives.Adding another layer of chaos to an

I am still seeking relief in asserting the filling actionable State and Federal procedural laws:

Moreover, the concern in lack of process of service and duty of care including how to handle parental child abduction in both New York State and Pennsylvania in the safe return of my children expeditiously.

This is Parental child abduction and an extremely heartbreaking experience. It is important to understand and assert the state and federal laws that apply in this case. Parental child abduction conspired by Russell Luke-King who has taken my children out of state and kept them from me om another without permission. My children have been kidnapped to a location in a distant state, adding insult to injury. The non custodian Russell Luke-King has not established legal visitation rights and responsibilities for my children. Also courting where the Luzurne Family court-ordered custodial rights and responsibilities despite kidnapping in progress and without permission, consent, or input from me. No consideration for this kidnapping and Custody, Non-Traditional Family Law matter.

According to Pennsylvania Laws on Parental Child Abduction, parental kidnapping is illegal, and it is established as a criminal offense under 18 Pa.C.S., §2904 (1)-(2) in the state of Pennsylvania. Under this law, it is illegal for any person, including a parent, guardian, or custodian, to take or detain a minor, under 18 years of age, with the intent to conceal the child from the child's lawful custodian or guardian, without authorization from a court of competent jurisdiction. Violation of this law carries severe penalties for each offense, against each child. Notice required for the exercise of jurisdiction when a person is outside this state shall be given in a manner prescribed by the law of this state for service of process, as provided in paragraph (a), (b) or (c) of this subdivision, or by the law of the state in which the service is made, as provided in paragraph (d) of this subdivision. Notice must be given in a manner reasonably calculated to give actual notice. If a person cannot be served with notice within the state, the court shall require that such person be served in a manner reasonably calculated to give actual notice, as follows:

(a) by personal delivery outside the state in the manner prescribed by section three hundred thirteen of the Civil.Practice Law or Rules; or

(b) by any form of mail requesting a receipt; or

(c) in such manner as the court, upon motion, directs, including publication, if service is impracticable under paragraph (a) or (b) of this subdivision; or

(d) in such manner as prescribed by the law of the state in which service is made.

2. Proof of service outside the state shall be by affidavit of the individual who made the service, or in the manner prescribed by the order pursuant to which service is made. If service is made by mail, proof may be by a receipt signed by the addressee or other evidence of delivery to the addressee. Proof of service may also be in the manner prescribed by the law of the state in which the service is made.

3. Notice is not required for the exercise of jurisdiction with respect to a person who submits to the jurisdiction of the court.

The above regulations are actionable, and crucial in correcting the alarm discrepancies in my case which is very cut and dry. This includes:

already tumultuous situation. This incident continues to unfold. Their vested interest have proven to be unacceptable, and harmful to be wellbeing of my children, unreliable as well.

July 28, 2023

Shatasia Buckner


Dear Shatasia,


Thank you for contacting the PA Office of Attorney General. We take all potential criminal matters very seriously.

However, Pennsylvania law strictly limits the jurisdiction of the Office of Attorney General. Under Pennsylvania law, the Office of Attorney General can only make arrests and prosecute cases if a referral is made by a county District Attorney or a State Agency, or in very limited specific circumstances. For an overview of the types of cases this office can investigate, please visit www.attorneygeneral.gov.

If you believe a crime has been committed, please report it to your local police or the District Attorney for the county where the activity occurred.

Please note that in Pennsylvania, District Attorneys have prosecutorial discretion to pursue a criminal allegation or not pursue an allegation. If you believe the DA has violated their obligations, you may report that to the Disciplinary Board of the Supreme Court of Pennsylvania - https://www.padisciplinaryboard.org/for-the-public/file-complaint. If you are unable to complete and/or submit a complaint because of a physical disability, please contact the Office of Chief Disciplinary Counsel.

It may be advisable to speak to a private attorney. If you do not already have a lawyer, you can contact the Pennsylvania Bar Association's Lawyer Referral Service at 717-238-6807 or toll-free at 1-800-692-7375. For additional information, you can visit their website at http://www.pabar.org/site/Public/lrsblurb.



Sincerely,

Office of Constituent Services



On 7/27/2023 you wrote to us:

*My children were abducted from the state of New York and transported to Pennsylvania. We are in urgent relief in this matter. This has been a huge discrepancy in regards to jurisdiction and lack of duty in care on behalf of Family Court in Luzurne County regarding this traumatizing matter. I am urgently seeking relief in the immediate return of my children.*

This message has been scanned for malware by Websense. www.websense.com